**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEELMAN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> T. BUSBY, WARDEN, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV 10-06372 ODW (RZ) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 12, 2011

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE